## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WW INTERNATIONAL, INC., *et al.*,[1] | Case No. 25-10829 (CTG) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF PUBLICATION**

I, Alex Orchowski, declare and state as follows:

I am employed by Kroll Restructuring Administration LLC, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes certification verifying that *Notice of (I) Commencement of Chapter 11 Cases Under Chapter 11 of the Bankruptcy Code, (II) Combined Hearing to Consider (A) Adequacy of the Disclosure Statement and (B) Confirmation of the Plan, (III) Assumption of Executory Contracts and Unexpired Leases, (IV) Objection Deadlines-and-Summary of Plan* was published on May 14, 2025 in *The Wall Street Journal*, as described in the affidavit of publication attached hereto as **Exhibit A**.

Dated: May 15, 2025

*/s/ Alex Orchowski*
Alex Orchowski

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are WW International, Inc. (0273), WW North America Holdings, LLC. (6141), WW Canada Holdco, Inc. (5680), WW.com, LLC (4196), W Holdco, Inc. (4087), WW Health Solutions, Inc. (3859), Weekend Health, Inc. (6812) and WW NewCo, Inc. (N/A).  The Debtors' headquarters is located at 675 Avenue of the Americas, 6th Floor, New York, NY 10010.

SRF 88430

## **Exhibit A**

# AFFIDAVIT

**STATE OF NEW JERSEY**              )
                                                ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

MAY-14-2025;

ADVERTISER: WW INTERNATIONAL, INC;

and that the foregoing statements are true and correct to the best of my knowledge.

_____
*Keith Oechsner*

Sworn to before me this
14  day of  May  2025

_____
Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES
07/18/2028
STATE OF NEW JERSEY

# BIGGEST 1,000 STOCKS

Continued From Page B7

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Eaton | ETN | 330.75 | 8.66 |
| eBay | EBAY | 69.17 | 0.01 |
| Ecolab | ECL | 251.50 | -2.98 |
| Ecopetrol | EC | 8.62 | 0.33 |
| EdisonIntl | EIX | 56.18 | -0.38 |
| EdwardsLife | EW | 75.50 | 0.70 |
| Elastic | ESTC | 93.50 | 0.74 |
| ElbitSystems | ESLT | 381.51 | 1.00 |
| ElectronicArts | EA | 149.06 | -0.21 |
| **ElevanceHealth** | **ELV** | **375.40** | **-41.29** |
| Embraer | ERJ | 49.40 | 1.35 |
| EmersonElec | EMR | 121.49 | 2.08 |
| Enbridge | ENB | 44.57 | 0.02 |
| EncompassHealth | EHC | 117.61 | 0.68 |
| EnergyTransfer | ET | 18.00 | 0.56 |
| EnsignGroup | ENSG | 143.56 | 1.99 |
| Entegris | ENTG | 83.14 | 0.75 |
| Entergy | ETR | 80.89 | -0.38 |
| EnterpriseProd | EPD | 31.76 | 0.36 |
| Equifax | EFX | 273.76 | -2.61 |
| Equinix | EQIX | 868.79 | -1.68 |
| Equinor | EQNR | 23.63 | 0.52 |
| Equitable | EQH | 54.26 | 0.32 |
| EquityLife | ELS | 62.60 | -0.99 |
| EquityResdntl | EQR | 69.59 | -1.31 |
| ErieIndemnity | ERIE | 359.38 | 1.91 |
| EssentialUtil | WTRG | 37.42 | -1.37 |
| EssexProp | ESS | 280.80 | -5.50 |
| EsteeLauder | EL | 65.48 | 0.12 |
| EvercoreA | EVR | 236.15 | 3.15 |
| Everest | EG | 346.15 | -1.65 |
| Evergy | EVRG | 64.76 | -0.59 |
| EversourceEner | ES | 62.91 | 0.66 |
| ExactSciences | EXAS | 53.67 | 0.27 |
| Exelixis | EXEL | 36.95 | -0.03 |
| Exelon | EXC | 42.97 | -0.64 |
| ▲ ExpandEnergy | EXE | 113.10 | 2.18 |
| Expedia | EXPE | 169.37 | 2.12 |
| ExpeditorsIntl | EXPD | 115.31 | -0.77 |
| ExtraSpaceSt | EXR | 147.02 | -1.87 |
| ExxonMobil | XOM | 109.46 | 0.30 |
| F5 | FFIV | 283.23 | 2.88 |
| FTAI Aviation | FTAI | 117.81 | 4.85 |
| FactSet | FDS | 451.43 | -4.97 |
| FairIsaac | FICO | 2136.03 | 6.03 |
| Fastenal | FAST | 79.97 | -0.18 |
| FederalRealty | FRT | 96.91 | -1.30 |
| FedEx | FDX | 231.15 | -1.80 |
| FergusonEnts | FERG | 177.01 | 0.40 |
| Ferrari | RACE | 490.88 | 4.12 |
| Ferrovial | FER | 48.52 | -0.41 |
| FidNatlFinl | FNF | 57.32 | -0.41 |
| FidNatlInfo | FIS | 77.68 | -1.20 |
| FifthThirdBncp | FITB | 39.43 | 0.19 |
| FirstCitizBcshA | FCNCA | 1955.12 | 14.82 |
| FirstHorizon | FHN | 20.20 | 0.14 |
| **FirstSolar** | **FSLR** | **191.60** | **35.39** |
| FirstEnergy | FE | 41.23 | -0.49 |
| FirstService | FSV | 175.15 | -1.11 |
| Fiserv | FI | 191.00 | 4.18 |
| Flex | FLEX | 41.85 | 0.97 |
| Floor&Decor | FND | 81.50 | -2.30 |
| FlutterEnt | FLUT | 241.84 | -5.39 |
| FomentoEconMex | FMX | 102.03 | 2.18 |
| FordMotor | F | 10.60 | 0.05 |
| Fortinet | FTNT | 105.05 | 3.01 |
| Fortis | FTS | 46.55 | -0.19 |
| Fortive | FTV | 73.65 | -0.09 |
| **FoxA** | **FOXA** | **55.24** | **2.82** |
| FoxB | FOX | 51.08 | 2.36 |
| Franco-Nevada | FNV | 158.02 | -0.65 |
| FranklinRscs | BEN | 21.58 | -0.11 |
| FreedomHolding | FRHC | 163.61 | 3.40 |
| FreeportMcM | FCX | 39.47 | 0.36 |
| FreseniusMedCare | FMS | 28.00 | -0.11 |
| FrontierComms | FYBR | 36.59 | 0.04 |
| FullTruck | YMM | 12.68 | 0.09 |
| **G H I** | | | |
| ▲ GE Aerospace | GE | 221.58 | 2.63 |
| GE HealthCare | GEHC | 73.83 | -0.28 |
| GE Vernova | GEV | 433.33 | 16.70 |
| GFLEnvironmental | GFL | 48.10 | -0.58 |
| GSK | GSK | 36.35 | -1.02 |
| Gallagher | AJG | 332.70 | 1.42 |
| GameStop | GME | 28.39 | 0.34 |
| Gaming&Leisure | GLPI | 45.98 | -0.52 |
| Gap | GAP | 25.40 | 0.60 |
| Garmin | GRMN | 200.44 | 2.46 |
| Gartner | IT | 448.70 | 1.75 |
| GenDigital | GEN | 29.10 | 0.04 |
| GeneralDynamics | GD | 273.02 | -3.22 |
| ▼ GeneralMills | GIS | 53.77 | -1.07 |
| GeneralMotors | GM | 50.46 | 0.85 |
| Genmab | GMAB | 19.31 | -0.62 |
| GenuineParts | GPC | 121.20 | -0.79 |
| GileadSciences | GILD | 101.43 | -2.39 |
| GitLab | GTLB | 53.36 | 1.30 |
| GlobalPayments | GPN | 82.76 | -0.38 |
| GlobalFoundries | GFS | 39.70 | 0.68 |
| GlobeLife | GL | 120.09 | -0.63 |
| GlobusMedical | GMED | 58.25 | -0.76 |
| GoDaddy | GDDY | 187.49 | 0.48 |
| GoldFields | GFI | 20.18 | -0.01 |
| GoldmanSachs | GS | 603.81 | 12.47 |
| Grab | GRAB | 5.03 | 0.04 |
| Graco | GGG | 85.74 | -0.70 |
| Grainger | GWW | 1066.37 | -1.08 |
| GpoAeroportuar | PAC | 214.95 | -0.42 |
| GpoAeroportSur | ASR | 338.47 | 11.09 |
| GpoFinGalicia | GGAL | 62.47 | 0.81 |
| Guidewire | GWRE | 214.50 | 0.52 |
| HCA Healthcare | HCA | 368.10 | 4.82 |
| HDFC Bank | HDB | 72.39 | -0.13 |
| HP | HPQ | 28.78 | 0.52 |
| HSBC | HSBC | 58.34 | 0.10 |
| H World | HTHT | 37.92 | -0.03 |
| Haleon | HLN | 10.45 | -0.26 |
| Halliburton | HAL | 21.31 | 0.06 |
| **HalozymeTherap** | **HALO** | **50.23** | **-16.35** |
| HamiltonLane | HLNE | 174.04 | 1.09 |
| HarmonyGold | HMY | 14.32 | 0.21 |
| ▲ HartfordIns | HIG | 127.93 | -0.71 |
| Hasbro | HAS | 65.83 | 0.27 |
| HealthEquity | HQY | 96.99 | 0.33 |
| ▼ HealthpeakProp | DOC | 17.25 | -0.30 |
| HeicoA | HEI.A | 212.70 | -0.07 |
| Heico | HEI | 268.36 | -0.12 |
| HenrySchein | HSIC | 70.54 | 0.07 |
| Hershey | HSY | 163.30 | -4.28 |
| Hess | HES | 135.70 | 0.49 |
| HessMidstream | HESM | 38.97 | 0.70 |
| HewlettPackard | HPE | 17.92 | 0.18 |
| Hilton | HLT | 256.01 | 3.59 |
| **Hims&HersHealth** | **HIMS** | **64.00** | **8.79** |
| Hologic | HOLX | 57.12 | -1.69 |
| HomeDepot | HD | 373.60 | -2.99 |
| HondaMotor | HMC | 29.63 | -1.30 |
| Honeywell | HON | 218.22 | -1.12 |
| HormelFoods | HRL | 29.27 | -0.28 |
| DR Horton | DHI | 126.36 | 0.22 |
| HostHotels | HST | 15.76 | 0.06 |
| HoulihanLokey | HLI | 178.49 | 0.64 |
| HowmetAerospace | HWM | 158.30 | 1.34 |
| Hubbell | HUBB | 386.66 | 8.25 |
| HubSpot | HUBS | 672.24 | 9.61 |
| **Humana** | **HUM** | **228.89** | **-23.97** |
| JBHunt | JBHT | 147.32 | -1.40 |
| HuntingtonBcshs | HBAN | 16.09 | 0.16 |
| HuntingIngalls | HII | 225.73 | -4.01 |
| HyattHotels | H | 136.50 | 1.59 |
| ICICI Bank | IBN | 33.52 | -0.06 |
| ICL Group | ICL | 6.83 | -0.01 |
| IDEX | IEX | 190.31 | -0.98 |
| IdexxLab | IDXX | 509.13 | -0.40 |
| ING Groep | ING | 20.79 | 0.06 |
| IQVIA | IQV | 150.68 | -5.45 |
| ITT | ITT | 150.45 | 1.04 |
| IcahnEnterprises | IEP | 9.19 | 0.02 |
| Icon | ICLR | 140.49 | 0.27 |
| IllinoisToolWks | ITW | 249.14 | -1.17 |
| Illumina | ILMN | 80.30 | -1.27 |
| ImperialOil | IMO | 73.60 | 1.13 |
| Incyte | INCY | 60.81 | -0.04 |
| Infosys | INFY | 18.38 | -0.27 |
| IngersollRand | IR | 84.50 | 0.28 |
| Ingredion | INGR | 137.68 | 0.45 |
| Insmed | INSM | 65.71 | -2.04 |
| ▲ Insulet | PODD | 314.46 | -2.21 |
| Intel | INTC | 22.56 | 0.38 |
| InteractiveBrkrs | IBKR | 202.78 | 5.54 |
| ICE | ICE | 172.84 | -0.60 |
| InterContHtls | IHG | 123.75 | 2.91 |
| IBM | IBM | 258.59 | 4.90 |
| IntlFlavors | IFF | 76.50 | 0.15 |
| IntlPaper | IP | 48.00 | 0.09 |
| Interpublic | IPG | 25.63 | -0.02 |
| Intuit | INTU | 656.80 | -5.50 |
| IntuitiveSurgical | ISRG | 563.95 | 2.52 |
| InvitatHomes | INVH | 33.73 | -0.76 |
| IonQ | IONQ | 33.22 | 0.33 |
| IronMountain | IRM | 97.38 | -0.56 |
| ▲ ItauUnibanco | ITUB | 6.62 | 0.17 |
| **J K L** | | | |
| JD.com | JD | 37.25 | 1.20 |
| JPMorganChase | JPM | 263.01 | 2.96 |
| Jabil | JBL | 167.01 | 5.27 |
| JackHenry | JKHY | 178.34 | -3.32 |
| JacobsSolns | J | 126.94 | -0.57 |
| JamesHardie | JHX | 25.95 | 0.50 |
| JefferiesFinl | JEF | 54.37 | 0.32 |
| J&J | JNJ | 148.44 | -5.70 |
| ▲ JohnsonControls | JCI | 96.06 | 0.78 |
| JonesLang | JLL | 239.62 | -0.90 |
| JuniperNetworks | JNPR | 36.39 | -0.19 |
| KB Financial | KB | 66.36 | 0.15 |
| KE Holdings | BEKE | 20.00 | 0.16 |
| KKR | KKR | 126.90 | 1.68 |
| KLA | KLAC | 795.90 | 35.43 |
| KT | KT | 19.31 | 0.10 |
| Kaspi.kz | KSPI | 80.74 | -2.46 |
| Kellanova | K | 82.11 | -0.19 |
| Kenvue | KVUE | 23.66 | -0.34 |
| KeurigDrPepper | KDP | 33.08 | -0.43 |
| KeyCorp | KEY | 16.62 | 0.16 |
| KeysightTech | KEYS | 165.06 | 2.43 |
| KimberlyClark | KMB | 134.03 | -2.64 |
| KimcoRealty | KIM | 21.46 | -0.11 |
| KinderMorgan | KMI | 27.50 | 0.19 |
| KinrossGold | KGC | 13.76 | 0.06 |
| KinsaleCapital | KNSL | 446.34 | -10.47 |
| Klaviyo | KVYO | 37.50 | 1.62 |
| Philips | PHG | 24.22 | 0.07 |
| KoreaElecPwr | KEP | 9.16 | -0.36 |
| KraftHeinz | KHC | 27.59 | -0.56 |
| Kroger | KR | 67.49 | -1.55 |
| **Kyndryl** | **KD** | **41.15** | **2.13** |
| ▲ LatamAirlines | LTM | 35.25 | 1.25 |
| LKQ | LKQ | 42.08 | 0.08 |
| ▲ LPL Financial | LPLA | 382.99 | 6.24 |
| L3HarrisTech | LHX | 218.37 | -0.59 |
| Labcorp | LH | 250.01 | -0.93 |
| LamResearch | LRCX | 85.25 | 3.00 |
| LamarAdv | LAMR | 118.89 | 0.29 |
| LasVegasSands | LVS | 42.32 | -0.07 |
| Leidos | LDOS | 155.43 | -0.66 |
| Lennar A | LEN | 112.37 | -0.18 |
| Lennar B | LEN.B | 107.71 | 0.38 |
| LennoxIntl | LII | 602.34 | 6.61 |
| LeonardoDRS | DRS | 40.64 | -0.20 |
| LiAuto | LI | 27.96 | -0.42 |
| LibertyBroadbandA | LBRDA | 94.48 | 2.24 |
| LibertyBroadbandC | LBRDK | 95.25 | 1.82 |
| LibertyFormOne C | FWONK | 96.48 | 2.37 |
| LibertyLiveA | LLYVA | 76.67 | 1.01 |
| LibertyLiveC | LLYVK | 77.43 | 0.98 |
| LibertyFormOne A | FWONA | 88.53 | 2.31 |
| EliLilly | LLY | 746.06 | -9.51 |
| LincolnElectric | LECO | 195.57 | 0.68 |
| Linde | LIN | 450.67 | -3.75 |
| Lineage | LINE | 46.58 | -0.97 |
| LithiaMotors | LAD | 325.57 | 3.78 |
| LiveNationEnt | LYV | 143.00 | 2.17 |
| LloydsBanking | LYG | 3.91 | 0.09 |
| **Loar** | **LOAR** | **93.14** | **-6.35** |
| LockheedMartin | LMT | 459.83 | -13.33 |
| Loews | L | 88.59 | -0.68 |
| LogitechIntl | LOGI | 86.96 | 0.73 |
| Lowe's | LOW | 230.77 | -2.01 |
| Lucid | LCID | 2.65 | 0.03 |
| lululemon | LULU | 310.61 | 6.41 |
| LyondellBasell | LYB | 60.34 | -0.34 |
| **M N** | | | |
| Macom Tech | MTSI | 123.25 | 0.64 |
| M&T Bank | MTB | 186.50 | 1.80 |
| MGM Resorts | MGM | 34.90 | 0.24 |
| MPLX | MPLX | 50.44 | 1.48 |
| MSCI | MSCI | 563.87 | -5.10 |
| MagnaIntl | MGA | 37.13 | 0.78 |
| MakeMyTrip | MMYT | 106.59 | 2.86 |
| ManhattanAssoc | MANH | 195.54 | -0.46 |
| ManulifeFinl | MFC | 31.75 | 0.15 |
| Maplebear | CART | 44.31 | 0.70 |
| MarathonPetrol | MPC | 162.84 | 4.70 |
| Markel | MKL | 1913.55 | -5.16 |
| MarketAxess | MKTX | 213.13 | -4.96 |
| Marriott | MAR | 274.14 | 2.18 |
| Marsh&McLen | MMC | 223.77 | -3.26 |
| MartinMarietta | MLM | 543.89 | -9.17 |
| MarvellTech | MRVL | 65.48 | 0.98 |
| Masco | MAS | 68.07 | -1.09 |
| Masimo | MASI | 161.56 | -2.00 |
| MasTec | MTZ | 156.75 | 4.01 |
| ▲ Mastercard | MA | 576.59 | -1.68 |
| McCormickVtg | MKC.V | 75.50 | -0.70 |
| McCormick | MKC | 74.80 | -1.69 |
| McDonald's | MCD | 308.69 | -3.23 |
| McKesson | MCK | 687.78 | 0.26 |
| Medpace | MEDP | 310.15 | -3.59 |
| Medtronic | MDT | 85.11 | -0.70 |
| ▲ MercadoLibre | MELI | 2515.12 | 10.51 |
| Merck | MRK | 76.63 | -3.80 |
| MetaPlatforms | META | 656.03 | 16.60 |
| MetLife | MET | 81.16 | 0.52 |
| Mettler-Toledo | MTD | 1177.05 | 2.46 |
| MicrochipTech | MCHP | 62.30 | 1.34 |
| **MicronTech** | **MU** | **96.93** | **4.64** |
| Microsoft | MSFT | 449.14 | -0.12 |
| MicroStrategy | MSTR | 421.61 | 16.71 |
| MidAmApt | MAA | 160.93 | -2.70 |
| Middleby | MIDD | 149.91 | 3.01 |
| MitsubishiUFJ | MUFG | 13.02 | 0.08 |
| MizuhoFin | MFG | 5.17 | 0.01 |
| Mobileye | MBLY | 16.94 | 0.33 |
| Moderna | MRNA | 25.49 | -0.21 |
| **MolinaHealthcare** | **MOH** | **310.45** | **-17.24** |
| MolsonCoorsB | TAP | 55.18 | 0.23 |
| monday.com | MNDY | 290.49 | 11.32 |
| Mondelez | MDLZ | 64.14 | -1.69 |
| MongoDB | MDB | 195.90 | 4.29 |
| MonolithicPower | MPWR | 737.73 | 28.50 |
| MonsterBev | MNST | 60.23 | -1.13 |
| Moody's | MCO | 484.70 | -2.36 |
| MorganStanley | MS | 129.35 | 2.29 |
| Morningstar | MORN | 307.49 | -1.88 |
| ▲ Mosaic | MOS | 34.23 | 1.28 |
| MotorolaSol | MSI | 413.28 | 0.37 |
| MuellerIndustries | MLI | 79.05 | 0.84 |
| MurphyUSA | MUSA | 435.38 | -4.10 |
| NICE | NICE | 166.82 | 2.82 |
| NIO | NIO | 4.12 | -0.08 |
| NNN REIT | NNN | 40.83 | -0.67 |
| ▲ NRG Energy | NRG | 156.71 | 6.10 |
| NVR | NVR | 7402.64 | 20.27 |
| NXP Semicon | NXPI | 212.40 | 5.37 |
| Nasdaq | NDAQ | 81.57 | 0.82 |
| Natera | NTRA | 152.28 | -5.01 |
| NationalGrid | NGG | 67.53 | ... |
| NatWest | NWG | 13.12 | 0.20 |
| **Nebius** | **NBIS** | **35.27** | **1.93** |
| NetApp | NTAP | 99.53 | 1.10 |
| NetEase | NTES | 106.40 | -0.42 |
| Netflix | NFLX | 1138.44 | 28.44 |
| Neurocrine | NBIX | 116.87 | -3.56 |
| NewOrientalEduc | EDU | 48.94 | -0.47 |
| NYTimes A | NYT | 54.69 | 0.45 |
| Newmont | NEM | 50.07 | -0.71 |
| NewsCorp B | NWS | 32.85 | -0.10 |
| NewsCorp A | NWSA | 28.22 | -0.06 |
| NextEraEnergy | NEE | 72.11 | 2.42 |
| Nike | NKE | 62.39 | -0.19 |
| NiSource | NI | 37.82 | -0.50 |
| Nokia | NOK | 5.18 | -0.02 |
| Nomura | NMR | 5.92 | 0.11 |
| Nordson | NDSN | 202.60 | -0.40 |
| NorfolkSouthern | NSC | 240.26 | 1.15 |
| NorthernTrust | NTRS | 107.14 | 1.49 |
| NorthropGrum | NOC | 470.67 | -8.49 |
| NorwegCruise | NCLH | 19.34 | 0.19 |
| Novartis | NVS | 106.83 | -2.12 |
| NovoNordisk | NVO | 65.40 | -2.34 |
| NuHoldings | NU | 13.14 | 0.19 |
| Nucor | NUE | 118.96 | -1.16 |
| ▲ **Nutanix** | **NTNX** | **82.40** | **5.55** |
| Nutrien | NTR | 58.06 | 1.86 |
| nVentElectric | NVT | 68.10 | 1.56 |
| **NVIDIA** | **NVDA** | **129.93** | **6.93** |
| **O P Q** | | | |
| OGE Energy | OGE | 43.06 | -0.50 |
| ONEOK | OKE | 86.51 | 1.47 |
| ON Semi | ON | 45.77 | 1.15 |
| O'ReillyAuto | ORLY | 1320.80 | -18.81 |
| OccidentalPetrol | OXY | 44.39 | 0.53 |
| ▲ Okta | OKTA | 124.05 | -0.12 |
| OldDomFreight | ODFL | 171.34 | -4.73 |
| OldNatlBncp | ONB | 22.45 | 0.32 |
| OldRepublic | ORI | 37.70 | -0.20 |
| OmegaHealthcare | OHI | 36.43 | 0.54 |
| Omnicom | OMC | 77.43 | -0.17 |
| **OnHolding** | **ONON** | **57.38** | **6.07** |
| Oracle | ORCL | 162.27 | 5.05 |
| Orix | IX | 20.07 | -0.44 |
| OtisWorldwide | OTIS | 96.99 | -1.01 |
| Ovintiv | OVV | 39.34 | 1.24 |
| OwensCorning | OC | 142.61 | -0.64 |
| PDD | PDD | 119.45 | 3.07 |
| PG&E | PCG | 16.96 | -0.26 |
| PNC Finl | PNC | 177.53 | 2.53 |
| POSCO | PKX | 46.07 | -0.95 |
| PPG Ind | PPG | 113.34 | -0.87 |
| PPL | PPL | 33.79 | -0.78 |
| PTC | PTC | 170.96 | 0.45 |
| Paccar | PCAR | 96.26 | 0.52 |
| PackagingCpAm | PKG | 188.79 | -1.60 |
| ▲ **PalantirTech** | **PLTR** | **128.10** | **9.64** |
| PaloAltoNtwks | PANW | 192.00 | -1.50 |
| PanAmerSilver | PAAS | 23.03 | 0.21 |
| ParamountA | PARAA | 22.58 | -0.04 |
| ParamountB | PARA | 11.99 | 0.04 |
| ParkerHannifin | PH | 678.42 | 9.66 |
| Paychex | PAYX | 151.26 | -0.43 |
| ▲ PaycomSoftware | PAYC | 260.21 | 1.83 |
| Paylocity | PCTY | 199.23 | 0.47 |
| PayPal | PYPL | 72.29 | -0.02 |
| Pearson | PSO | 15.87 | 0.24 |
| Pegasystems | PEGA | 98.18 | 1.90 |
| PembinaPipeline | PBA | 37.18 | 0.15 |
| PenskeAuto | PAG | 165.85 | 0.33 |
| Pentair | PNR | 98.46 | 0.30 |
| Penumbra | PEN | 296.05 | -1.50 |
| ▼ PepsiCo | PEP | 130.31 | -1.37 |
| PerformanceFood | PFGC | 87.44 | -0.08 |
| PermianRscs | PR | 13.95 | 0.32 |
| PetroleoBrasil | PBR | 12.19 | 0.12 |
| PetroleoBrasilA | PBR.A | 11.46 | 0.27 |
| Pfizer | PFE | 22.87 | -0.22 |
| PhilipMorris | PM | 163.82 | -1.01 |
| **Phillips66** | **PSX** | **125.57** | **6.89** |
| Pilgrim'sPride | PPC | 46.63 | 0.32 |
| PinnacleFinPtrs | PNFP | 111.51 | 0.60 |
| PinnacleWest | PNW | 89.08 | -0.99 |
| Pinterest | PINS | 32.93 | 0.09 |
| PlainsAllAmPipe | PAA | 17.58 | 0.45 |
| PlainsGP | PAGP | 18.77 | 0.35 |
| PlanetFitness | PLNT | 93.83 | -0.40 |
| Pool | POOL | 313.84 | -5.18 |
| Primerica | PRI | 271.30 | -1.99 |
| PrimoBrands | PRMB | 32.20 | 0.40 |
| PrincipalFinl | PFG | 81.70 | ... |
| ProcoreTech | PCOR | 72.40 | 0.19 |
| Procter&Gamble | PG | 158.73 | -2.17 |
| Progressive | PGR | 282.59 | 2.34 |
| Prologis | PLD | 109.70 | -0.63 |
| PrudentialFinl | PRU | 107.40 | 0.05 |
| ▲ Prudential | PUK | 23.09 | 0.18 |

Continued on Page B11

## Dividend Changes

| Company | Symbol | Yld % | Amount New/Old | Frq | Payable / Record |
|---|---|---|---|---|---|
| **Increased** | | | | | |
| Global Ship Lease Cl A | GSL | 7.4 | .525/.45 | Q | Jun03/May23 |
| HNI Cp | HNI | 2.7 | .34/.33 | Q | Jun11/May23 |
| **Reduced** | | | | | |
| Pangaea Logistics Solns | PANL | 9.2 | .05/.10 | Q | Jun16/Jun02 |
| Ramaco Resources Cl B | METCB | 10.6 | .1811/.1971 | Q | Jun13/May30 |
| **Stocks** | | | | | |
| Longevity Health Holdings | XAGE | | 1:30 | | /May14 |
| **Foreign** | | | | | |
| Caledonia Mining | CMCL | 4.0 | .14 | Q | Jun06/May23 |
| Credicorp | BAP | 4.5 | 10.95771 | A | Jun13/May19 |
| Diversified Energy | DEC | 8.3 | .29 | Q | Sep30/Aug29 |
| Dole | DOLE | 2.3 | .085 | Q | Jul07/Jun09 |
| Vinci Partners | VINP | 6.5 | .15 | Q | Jun10/May27 |

Note: Dividend yields as of 3:30 p.m. ET

Sources: FactSet; Dow Jones Market Data

**KEY: A: annual; M: monthly; Q: quarterly; r: revised; SA: semiannual; S2:1: stock split and ratio; SO: spin-off.**

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: WW INTERNATIONAL, INC., *et al.*,[1] Debtors. | Chapter 11 | Case No. 25-10829 (CTG) | (Jointly Administered) | **Ref Docket Nos. 17 & 18**

**PLEASE BE ADVISED THAT ARTICLE XI OF THE PLAN CONTAINS CERTAIN RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, INCLUDING THOSE SET FORTH BELOW. YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS SET FORTH IN ARTICLE XI OF THE PLAN, AS YOUR RIGHTS MIGHT BE AFFECTED. HOLDERS OF CLAIMS WHO ARE UNIMPAIRED BUT DO NOT TIMELY OPT IN TO THE RELEASES BY SUBMITTING THE OPT-IN ELECTION FORM ATTACHED HEREWITH SHALL NOT PROVIDE OR RECEIVE SUCH RELEASES. HOLDERS OF CLAIMS OR INTERESTS WHO ARE DEEMED TO REJECT THE PLAN BUT DO NOT TIMELY OPT IN TO THE RELEASES BY SUBMITTING THE OPT-IN ELECTION FORM ATTACHED HEREWITH SHALL NOT PROVIDE OR RECEIVE SUCH RELEASES. HOLDERS OF CLAIMS ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN THAT DO NOT TIMELY OPT IN TO THE RELEASES BY SUBMITTING THE OPT-IN ELECTION ON THEIR RESPECTIVE BALLOTS MAY NOT PROVIDE OR RECEIVE SUCH RELEASES.**

**NOTICE OF (I) COMMENCEMENT OF CHAPTER 11 CASES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, (II) COMBINED HEARING TO CONSIDER (A) ADEQUACY OF THE DISCLOSURE STATEMENT AND (B) CONFIRMATION OF THE PLAN, (III) ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (IV) OBJECTION DEADLINES -AND- SUMMARY OF PLAN**

**NOTICE IS HEREBY GIVEN** as follows:

1. On May 6, 2025 (the "Petition Date"), WW International, Inc. and certain of its affiliates (collectively, the "Debtors") each commenced a case under chapter 11 (collectively, the "Chapter 11 Cases") of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On the Petition Date, the Debtors filed a joint "prepackaged" plan of reorganization (the "Plan") [Docket No. 18] and a proposed disclosure statement [Docket No. 17] (the "Disclosure Statement") pursuant to sections 1125 and 1126 of the Bankruptcy Code. Solicitation of the Plan commenced prior to the filing of these Chapter 11 Cases on May 6, 2025. Copies of the Plan, the Disclosure Statement, and related documents may be obtained free of charge by visiting the website maintained by the Debtors' notice, claims and solicitation agent, Kroll Restructuring Administration LLC (the "Solicitation Agent"), at https://restructuring.ra.kroll.com/WeightWatchers/ or by contacting the Debtors' proposed counsel (Debbie Laskin, paralegal, tel: 302-571-6600; dlaskin@ycst.com). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Plan or the Disclosure Statement, as applicable.

**I. HEARING TO CONSIDER COMPLIANCE WITH DISCLOSURE REQUIREMENTS, CONFIRMATION OF THE PREPACKAGED PLAN, AND ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

3. A combined hearing to consider adequacy of the Disclosure Statement, confirmation of the Plan, the assumption of Executory Contracts and Unexpired Leases and any objections to any of the foregoing, and any other matter that may properly come before the Court, will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, in Courtroom No. 7 of the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on June 17, 2025 at 1:00 p.m. (prevailing Eastern Time) or as soon thereafter as counsel may be heard (the "Combined Hearing"). The Combined Hearing may be adjourned from time to time without further notice other than adjournments announced in open court or in the filing of a notice or hearing agenda in the Chapter 11 Cases, and will be available on the electronic case filing docket and the Solicitation Agent's website at https://restructuring.ra.kroll.com/WeightWatchers/.

4. Any responses or objections to the Disclosure Statement and/or the Plan must (i) be in writing; (ii) conform to the applicable Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); (iii) set forth the name of the objecting party, the basis for the objection and the specific grounds thereof; and (iv) be filed with the Court, together with proof of service, no later than **4:00 p.m. (prevailing Eastern Time) on June 6, 2025**. In addition to being filed with the Court, any responses or objections must be served on the following parties so as to be received by such deadline: (a) Proposed co-counsel for the Debtors, (a) Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, Attn: Elisha D. Graff, Esq. (egraff@stblaw.com), Moshe A. Fink, Esq. (moshe.fink@stblaw.com), Rachael L. Foust, Esq. (rachael.foust@stblaw.com), and Zachary J. Weiner, Esq. (zachary.weiner@stblaw.com); (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Sean M. Beach, Esq. (sbeach@ycst.com), Shella Borovinskaya, Esq. (sborovinskaya@ycst.com), and Carol E. Thompson, Esq. (cthompson@ycst.com); (b) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin A. Hackman, Esq. (benjamin.a.hackman@usdoj.gov); (c) counsel to the Ad Hoc Group, (i) Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, Attn: Scott J. Greenberg, Esq. (sgreenberg@gibsondunn.com), Matthew J. Williams, Esq. (mjwilliams@gibsondunn.com), Jason Z. Goldstein, Esq. (jgoldstein@gibsondunn.com), and Tommy Scheffer, Esq. (tscheffer@gibsondunn.com); and (b) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com) and Timothy P. Cairns, Esq. (Tcairns@pszjlaw.com); (d) counsel to any statutory committee appointed in these Chapter 11 Cases; and (e) any other party entitled to notice under Bankruptcy Rule 2002.

**UNLESS A RESPONSE OR AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT SHALL NOT BE CONSIDERED BY THE COURT.**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, DISCHARGE, AND INJUNCTION PROVISIONS IN ARTICLE XI OF THE PLAN, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**II. NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

5. You or one of your affiliates may be a counterparty to one or more contracts or leases that may be an Executory Contract or Unexpired Lease with one or more of the Debtors. Except as otherwise provided in the Plan, as of the Effective Date, ***the Debtors shall be deemed to have assumed each Executory Contract and Unexpired Lease to which it is a party in accordance with, and subject to, the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code***, without the need for any further notice or action, order or approval of the Court, unless such Executory Contract or Unexpired Lease: (1) was assumed or rejected previously by such Debtor; (2) expired or terminated pursuant to its own terms prior to the Effective Date; or (3) is the subject of a motion to reject filed on or before the Effective Date.

6. Entry of the Confirmation Order shall constitute a Bankruptcy Court order approving the assumptions or assumption and assignment, as applicable, of such Executory Contracts or Unexpired Leases as provided for in the Plan, pursuant to sections 365(a) and 1123 of the Bankruptcy Code effective as of the Effective Date. Each Executory Contract or Unexpired Lease assumed pursuant to the Plan or by Bankruptcy Court order but not assigned to a third party before the Effective Date shall re-vest in and be fully enforceable by the applicable contracting Reorganized Debtor in accordance with its terms, except as such terms may have been modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law.

7. **ANY COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE THAT DOES NOT TIMELY OBJECT TO THE PROPOSED ASSUMPTION OF SUCH EXECUTORY CONTRACT OR UNEXPIRED LEASE BY THE EXECUTORY CONTRACT OBJECTION DEADLINE WILL BE DEEMED TO HAVE CONSENTED TO SUCH ASSUMPTION. ANY PROOF OF CLAIM FILED WITH RESPECT TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE THAT HAS BEEN ASSUMED SHALL BE DEEMED DISALLOWED AND EXPUNGED, WITHOUT FURTHER NOTICE TO OR ACTION, ORDER, OR APPROVAL OF THE BANKRUPTCY COURT.**

8. **Objections to the Assumption or Rejection of Executory Contracts and Unexpired Leases**: If you believe any further amounts are due as a result of a Debtor's monetary default under an Executory Contract or Unexpired Lease or you wish to object to the assumption of an Executory Contract or Unexpired Lease under the Plan, including an objection regarding the ability of the Reorganized Debtors to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) (each, an "Assumption Objection"), you may assert an Assumption Objection against the Debtor or Reorganized Debtors, as applicable, subject to all defenses the Debtors or Reorganized Debtors may have with respect to such Assumption Objection. Your response or objection to the assumption of an Executory Contract or Unexpired Lease must: (a) be in writing; (b) conform to the applicable Federal Rules and the Local Rules; (c) set forth the name of the objecting party, the basis for the objection, and the specific grounds thereof and (iv) be filed with the Court and served on the Notice Parties so as to be received by **May 23, 2025 at 4:00 p.m. (prevailing Eastern Time)** (or such other date as may be established by the Court) (the "Executory Contract Objection Deadline"). Any counterparty to an assumed Executory Contract or Unexpired Lease that fails to timely object to the proposed assumption of such Executory Contract or Unexpired Lease, including an objection regarding the ability of the Reorganized Debtors to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code), prior to the Executory Contract Objection Deadline (i) shall be deemed to have assented to such proposed assumption and shall be deemed to have forever released and waived such Assumption Objection and shall be precluded from being heard at the Confirmation Hearing with respect to such objection; and (ii) shall be forever barred from imposing or charging against any Reorganized Debtor any accelerations, increases or any other fees as a result of any assumption pursuant to the Plan. For the avoidance of doubt, all rights of a counterparty to assert that further amounts are due as a result of a Debtor's monetary default under an Executory Contract or Unexpired Lease are preserved after the Effective Date and can be asserted in the ordinary course of business, regardless of whether such counterparty files an Assumption Objection, subject to all defenses the Debtors or Reorganized Debtors may have with respect to such claims. You do not need to file an Assumption Objection to preserve your claim after the Effective Date that further amounts are due as a result of a Debtor's monetary default under an Executory Contract or Unexpired Lease.

**UNLESS A RESPONSE OR AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE COURT.**

**III. NOTICE REGARDING CERTAIN RELEASE, EXCULPATION AND INJUNCTION PROVISIONS IN THE PLAN**

**PLEASE BE ADVISED THAT ARTICLE XI OF THE PLAN CONTAINS CERTAIN RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS. YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION AND INJUNCTION PROVISIONS SET FORTH IN ARTICLE XI OF THE PLAN, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**BINDING NATURE OF THE PLAN: ON THE EFFECTIVE DATE, AND EFFECTIVE AS OF THE EFFECTIVE DATE, THE PLAN WILL BIND, AND WILL BE DEEMED BINDING UPON, ALL HOLDERS OF CLAIMS AGAINST AND EQUITY INTERESTS IN THE DEBTORS, AND EACH HOLDER'S RESPECTIVE SUCCESSORS AND ASSIGNS, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NOTWITHSTANDING WHETHER OR NOT ANY SUCH HOLDER (I) WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, (II) HAS FILED A PROOF OF CLAIM OR EXISTING EQUITY INTEREST IN THESE CHAPTER 11 CASES OR (III) FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR AFFIRMATIVELY VOTED TO REJECT THE PLAN.**

**IF YOU HAVE ANY QUESTIONS ABOUT WHETHER YOU HAVE A CLAIM AGAINST A DEBTOR, PLEASE CONTACT THE SOLICITATION AGENT AT (888) 643-6250 (U.S./CANADA, TOLL-FREE) OR +1 (646) 930-4293 (INTERNATIONAL, TOLL) OR EMAIL PROPOSED COUNSEL FOR THE DEBTORS: (i) Elisha D. Graff, Esq. (egraff@stblaw.com), Moshe A. Fink, Esq. (moshe.fink@stblaw.com), Rachael L. Foust, Esq. (rachael.foust@stblaw.com), and Zachary J. Weiner, Esq. (zachary.weiner@stblaw.com); (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801; Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Sean M. Beach, Esq. (sbeach@ycst.com), Shella Borovinskaya, Esq. (sborovinskaya@ycst.com); and Carol E. Thompson, Esq. (cthompson@ycst.com).**

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are WW International, Inc. (0273), WW North America Holdings, LLC (6141), WW Canada Holdco, Inc. (5680), WW.com, LLC (4196), W Holdco, Inc. (4087), WW Health Solutions, Inc. (3859), Weekend Health, Inc. (6812), and WW NewCo, Inc. (N/A). The Debtors' headquarters is located at 675 Avenue of the Americas, 6th Floor, New York, NY 10010.

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: MOM CA Investco LLC, *et al.*,[1] Debtors. | Chapter 11 | Case No. 25-10321 (BLS) | (Jointly Administered)

**NOTICE OF DEADLINES FOR THE FILING OF PROOFS OF CLAIM**

**GENERAL BAR DATE: JUNE 11, 2025 AT 5:00 P.M. (ET)**
**GOVERNMENTAL BAR DATES: (I) AUGUST 27, 2025 AT 5:00 P.M. (ET); (II) SEPTEMBER 8, 2025 AT 5:00 P.M. (ET); AND (III) SEPTEMBER 29, 2025 AT 5:00 P.M. (ET), AS APPLICABLE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On February 28, March 10, and March 31, 2025, as applicable, the above-captioned debtors (the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the U.S. Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). The Debtors' chapter 11 cases are jointly administered under case number 25-10321 (BLS).

On May 9, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 381] (the "Bar Date Order")[2] establishing certain deadlines for the filing of Proofs of Claim in these cases.

Pursuant to the Bar Date Order, each person or entity (including each individual, partnership, joint venture, corporation, estate, and trust) that wishes to assert a Claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, before the Petition Date (including Claims entitled to administrative priority status under section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be (with certain limited exceptions as set forth in the Bar Date Order), **MUST FILE A PROOF OF CLAIM** on or before **JUNE 11, 2025 at 5:00 p.m. (prevailing Eastern Time)** (the "General Bar Date"), by sending an original Proof of Claim form to: (if by first-class mail) MOM CA Investco LLC, et al., Claims Processing c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (if by overnight mail, courier, or hand delivery) MOM CA Investco LLC, et al., Claims Processing c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; or by completing the online Proof of Claim form available at https://cases.stretto.com/MOMCA/, so that it is **actually received** on or before the General Bar Date; *provided that*, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for governmental units to file a Proof of Claim against (i) Debtors MOM CA Investco LLC, MOM AS Investco LLC, and MOM BS Investco LLC is **August 27, 2025 at 5:00 p.m. (prevailing Eastern Time)**, (ii) Debtors Retreat at Laguna Villas, LLC; Sunset Cove Villas, LLC; Duplex at Sleepy Hollow, LLC; Cliff Drive Properties DE, LLC; 694 NCH Apartments, LLC; Heisler Laguna, LLC; Laguna Festival Center, LLC; 891 Laguna Canyon Road, LLC; 777 AT Laguna, LLC; Laguna Art District Complex, LLC; Tesoro Redlands DE, LLC; Aryabhata Group LLC; Hotel Laguna, LLC; 4110 West 3rd Street DE, LLC; 314 S. Harvard DE, LLC; Laguna, HI, LLC; Laguna HW, LLC; The Masters Building, LLC; and 837 Park Avenue, LLC is **September 8, 2025 at 5:00 p.m. (ET)**, and (iii) Debtor Terra Laguna Beach, Inc. is **September 29, 2025 at 5:00 p.m. (ET)** (the "Governmental Bar Date").

Any person or entity that wishes to assert a Claim that arises from the rejection of an executory contract or unexpired lease must file a Proof of Claim based on such rejection by the later of (a) the General Bar Date, (b) the date set forth in an order authorizing the Debtors to reject contracts or leases pursuant to section 365 of the Bankruptcy Code (unless the order authorizing such rejection provides otherwise), and (c) thirty (30) days from the later of the date the rejection order is entered and notice of the rejection is provided (the "Rejection Bar Date").

You may be listed as the holder of a Claim in the Schedules. The Schedules are available free of charge on Stretto's website at https://cases.stretto.com/MOMCA/. If you rely on the Schedules, then it is your responsibility to determine that your Claim is accurately listed in the Schedules. If (a) you agree with the nature, amount and status of your Claim as listed in the Schedules, (b) your Claim is NOT described as "disputed," "contingent," or "unliquidated," and (c) you do not dispute that the claim is an obligation of the particular Debtor against which the claim is listed in the Schedules, then you are not required to file a Proof of Claim in these cases with respect to such Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice and the Bar Date Order.

If the Debtors amend their Schedules, then the Bar Date for creditors affected by any such amendment shall be the later of (a) the General Bar Date or (b) 5:00 p.m. (Prevailing Eastern Time) on the date that is twenty-one (21) days from the date that the Debtors provided written notice to the affected creditor that the Schedules have been amended (the "Amended Schedules Bar Date").

Proofs of Claim must be sent by overnight mail, courier service, hand delivery, regular mail, or in person, or completed electronically through Stretto's website described above. Proofs of Claim sent by facsimile, telecopy, or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these cases. There are certain limited exemptions from the requirements to file a Proof of Claim, which are described in the Bar Date Order.

**ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THESE CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS BUT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM: (A) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR ESTATES, AND THE DEBTORS AND THEIR PROPERTIES AND ESTATES SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM; AND (B) VOTING ON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THESE CASES OR OTHERWISE IN RESPECT OF OR ON ACCOUNT OF SUCH CLAIM, AND SUCH PERSON OR ENTITY SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR ANY PURPOSE IN THESE CASES.**

The Proof of Claim Form, the Bar Date Order, and all other pleadings filed in these cases are available free of charge on Stretto's website at https://cases.stretto.com/MOMCA/. If you have questions concerning the filing or processing of Claims, you may contact the Debtors' claims and noticing agent, Stretto, by calling the toll-free information line at (855) 559-0596 for U.S. claimants, or (720) 739-6551 for international claimants, or by submitting an online inquiry via Stretto's website at https://cases.stretto.com/MOMCA/.

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], 837 Park Avenue, LLC [3229], and Terra Laguna Beach, Inc. [2344] (interim). The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

## COMMERCIAL REAL ESTATE

**NOTICE OF SECURED PARTY PUBLIC AUCTION OF 100% OF THE CLASS A LIMITED LIABILITY MEMBERSHIP INTERESTS IN AY PHASE II DEVELOPMENT COMPANY, LLC**

PLEASE TAKE NOTICE that, in accordance with applicable provisions of the Uniform Commercial Code as enacted in New York, DBD AYB FUNDING, LLC a Delaware limited liability company, as Administrative Agent for DBD AYB FUNDING, LLC and AYB FUNDING 100, LLC, a Delaware limited liability Company, ("Secured Party"), will sell 100% of the Class A limited liability membership interests in AY PHASE II DEVELOPMENT COMPANY, LLC, a Delaware limited liability company, as more particularly described in that certain Amended and Restated Pledge and Security Agreement, dated as of June 17, 2015, by and among Secured Party and AY PHASE II MEZZANINE. LLC, a Delaware limited liability company (the "Collateral") to the highest qualified bidder at a public sale. The public sale will take place at 12:00 p.m. on May 28, 2025, both in person and remotely from the offices of Rosenberg & Estis, P.C., 733 Third Avenue, New York, New York 10017, with access afforded in person and remotely via Zoom or other web-based video conferencing and/or telephonic conferencing program selected by Secured Party. Secured Party's understanding is that the principal asset of the Class A limited liability membership interests in AY PHASE II DEVELOPMENT COMPANY, LLC is the parcels of real property located on the entire block bound by Sixth Avenue, Atlantic Avenue, Pacific Street and Carlton Street and the western blockfront of Carlton Street between Atlantic and Pacific Street in the Prospect Heights section of Brooklyn, New York, identified as B5, B6, B7 and B8 and more particularly known as the air rights parcels above Block 1120 and Block 1121 and the terra firma known as Block 1120, Lots 19, 28 and 35, in Kings County, New York, as such Collateral is described in that certain Schedule II to the Omnibus First Amendment and Reaffirmation of Loan Documents, dated as of June 17, 2015, by and among Secured Party, AY PHASE II MEZZANINE, LLC, a Delaware limited liability company, FOREST CITY ENTERPRISES, INC., a corporation organized under the laws of the State of Ohio, GREENLAND US HOLDING, INC., a Delaware corporation, and GREENLAND US COMMERCIAL HOLDING, INC., a Delaware corporation, as amended. The Collateral will be sold to the highest qualified bidder; provided, however, that the auctioneer reserves the right to cancel the sale in its entirety, or to adjourn the sale to a future date by announcement made at the time and place scheduled for the public sale. The sale will be conducted by Mannion Auctions, LLC, by Matthew Mannion, Licensed Auctioneer, NYC Division of Consumer Affairs Licensed Auctioneer. License No. 1434494. The Collateral will be sold as a single lot and will not be divided or sold in any lesser amounts. Interested parties who would like additional information concerning such conditions, as well as other information regarding the Collateral, the requirements to be a bidder for the Collateral, or the terms of the Sale should contact the agent for Secured Party, Nick Scribani of Newmark, at (212) 372-2113 or Nick.Scribani@nmrk.com to receive the Terms of Public Sale and bidding instructions. Upon execution of a standard non-disclosure agreement, additional documentation and information will be made available. Interested parties who do not contact Secured Party and qualify prior to the public sale will not be permitted to enter a bid or participate at the public sale either in person or remotely.

This Notice of Secured Party Public Auction of 100% of the Class A Limited Liability Membership Interests in AY Phase II Development Company, LLC constitutes notice that the prior sale of the Collateral, previously scheduled for April 29, 2025, has been adjourned to May 28, 2025, as set forth above.

**ROSENBERG & ESTIS, P.C.,** Attorneys for Secured Party, 733 Third Avenue, New York, New York 10017, Attention: Eric S. Orenstein, Esq., Telephone: (212) 551-8438, E-mail: eorenstein@rosenbergestis.com

## COMMERCIAL REAL ESTATE

**NOTICE OF SECURED PARTY PUBLIC AUCTION OF 100% OF THE CLASS B LIMITED LIABILITY MEMBERSHIP INTERESTS IN AY PHASE II DEVELOPMENT COMPANY, LLC**

PLEASE TAKE NOTICE that, in accordance with applicable provisions of the Uniform Commercial Code as enacted in New York, DBD AYB FUNDING II, LLC a Delaware limited liability company, as Administrative Agent for DBD AYB FUNDING II, LLC and AYB FUNDING 200, LLC, a Delaware limited liability Company, ("Secured Party"), will sell 100% of the Class B limited liability membership interests in AY PHASE II DEVELOPMENT COMPANY, LLC, a Delaware limited liability company, as more particularly described in that certain Pledge and Security Agreement, dated as of June 17, 2015, by and among Secured Party's predecessor-in-interest and AY PHASE III MEZZANINE LLC, a Delaware limited liability company (the "Collateral") to the highest qualified bidder at a public sale. The public sale will take place at 12:00 p.m. on May 28, 2025, both in person and remotely from the offices of Rosenberg & Estis, P.C., 733 Third Avenue, New York, New York 10017, with access afforded in person and remotely via Zoom or other web-based video conferencing and/or telephonic conferencing program selected by Secured Party. Secured Party's understanding is that the principal asset of the Class B limited liability membership interests in AY PHASE II DEVELOPMENT COMPANY, LLC is the parcels of real property located on the eastern blockfront of Vanderbilt Avenue between Atlantic Avenue and Pacific Street in the Prospect Heights section of Brooklyn, New York, identified as B9 and B10, and more particularly known as the air rights parcels above Block 1121 and the terra firm known as Lots 42 and 47, Block 1121 in Kings County, New York, as such Collateral is described in that certain Schedule II to the Mezzanine Loan Agreement, dated as of June 17, 2015, by and among Secured Party's predecessor-in-interest and AY PHASE III MEZZANINE LLC, a Delaware limited liability company. The Collateral will be sold to the highest qualified bidder; provided, however, that the auctioneer reserves the right to cancel the sale in its entirety, or to adjourn the sale to a future date by announcement made at the time and place scheduled for the public sale. The sale will be conducted by Mannion Auctions, LLC, by Matthew Mannion, Licensed Auctioneer, NYC Division of Consumer Affairs Licensed Auctioneer. License No. 1434494. The Collateral will be sold as a single lot and will not be divided or sold in any lesser amounts. Interested parties who would like additional information concerning such conditions, as well as other information regarding the Collateral, the requirements to be a bidder for the Collateral, or the terms of the Sale should contact the agent for Secured Party, Nick Scribani of Newmark, at (212) 372-2113 or Nick.Scribani@nmrk.com to receive the Terms of Public Sale and bidding instructions. Upon execution of a standard non-disclosure agreement, additional documentation and information will be made available. Interested parties who do not contact Secured Party and qualify prior to the public sale will not be permitted to enter a bid or participate at the public sale either in person or remotely.

This Notice of Secured Party Public Auction of 100% of the Class B Limited Liability Membership Interests in AY Phase II Development Company, LLC constitutes notice that the prior sale of the Collateral, previously scheduled for April 29, 2025, has been adjourned to May 28, 2025 as set forth above.

**ROSENBERG & ESTIS, P.C.,** Attorneys for Secured Party, 733 Third Avenue, New York, New York 10017, Attention: Eric S. Orenstein, Esq., Telephone: (212) 551-8438, E-mail: eorenstein@rosenbergestis.com

## NOTICE OF SALE

**NOTICE OF SALE OF REAL PROPERTY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019- SB63, acting by and through its special servicer, Berkeley Point Capital LLC d/b/a Newmark, as Special Servicer under the Pooling and Servicing Agreement dated as of June 1, 2019 Plaintiff -against- 1078 WHILLMORE LLC, et al Defendant(s). Pursuant to that certain CONSENSUAL FINAL JUDGMENT dated and entered March 19, 2025 ("Judgment"), I, Orazio Crisalli , the undersigned Referee, with the assistance of Matthew Mannion of Mannion Auctions, LLC, will sell at public auction at the front steps of the property located at 1078 Willmohr Street, Brooklyn, NY on June 4, 2025 at 2:30 p.m. prevailing Eastern Time premises situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, known as Lots 7 and 8 in Block 4691 on the Map of west Waverly filed in the office of the Register of the County of Kings as Map No. 1498 and more particularly bounded and described as follows: BEGINNING at a point on the southerly side of Linden Avenue, now known as Willmohr Street, distant 40 feet westerly from the corner formed by the intersection of said side of Willmohr Street with the westerly side of East 95th Street; RUNNING THENCE southerly parallel with East 95th Street and along the westerly side of Lot No. 9 on the aforesaid Map, 100 feet; THENCE westerly parallel to Willmohr Street and along the northerly side of Lot No. 11 on said map, 40 feet; THENCE northerly again parallel to East 95th Street and along the easterly side of Lot No. 6 on said Map, 100 feet to the southerly side of Willmohr Street; THENCE easterly along the same, 40 feet to the point or place of BEGINNING.

Block 4691 Lot 7.

Said premises known as 1078 WILLMOHR STREET, BROOKLYN, NY (the "Premises").

Approximate amount of the lien is $1,367,827.43 plus default interest & costs.

Premises will be sold subject to filed Judgment and forthcoming sale terms.

The undersigned will accept the highest bid offered by a bidder and shall require that successful bidder to (i) provide proper government-issued identification, (ii) immediately execute terms of sale for the purchase of the Premises, and (iii) pay by certified or bank check ten percent (10%) of the sum bid, made payable to "ORAZIO CRISALLI, as Referee."

Civil Action File No. 23-cv-08245-KAM-TAM

ORAZIO CRISALLI, Court Appointed Referee

MATTHEW D. MANNION, Court Appointed Auctioneer, mdmannion@jpandr.com or (212) 267-6698.

Holland & Knight, LLP

Attorney(s) for Plaintiff

787 Seventh Avenue, 31st Floor, New York, New York 10019

## BUSINESS OPPORTUNITIES

1ST TRUST DEED
10% RETURN
44% L.T.V. • 2 YEARS
ST. HELENA, CA
VINEYARD ESTATE
866-700-0600
ALLIANCE PORTFOLIO
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE • 02066955 Broker License ID

## BUSINESS OPPORTUNITIES

ALL NATURAL NONDRUG BEST SELLING
F.D.A. Registered Dry eye products
Trademarks, prior sales 27 M.M. U.S.
Turnkey products manufacturing and Shipping. Sell for 4 M.M. U.S.
541-660-5231 No Texting
Willem.biologicaquaresearch@gmail.com

THE WALL STREET JOURNAL.
SHOWROOM
(800) 366-3975
wsj.com/classifieds
© 2025 Dow Jones & Company, Inc.
All Rights Reserved.

GREENLAND
R.E. DEV. $200M
Info@northwater.gl
202-985-9978

THE WALL STREET JOURNAL.
NOTABLE COMMERCIAL PROPERTIES
EVERY WEDNESDAY
(800) 366-3975
sales.realestate@wsj.com
For more information visit:
wsj.com/classifieds
© 2025 Dow Jones & Company, Inc.
All Rights Reserved.

THE WALL STREET JOURNAL.

THE MARKETPLACE
FOR SALE
SOLD

ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds
© 2025 Dow Jones & Company, Inc.
All Rights Reserved.
DOW JONES